AO 247 (Rev.  11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

United States of America )
v. )
AARIUS COOKS )
aka "A-Town" )
)          Case No:   4:11CR40037-024
)          USM No:   10722-010
Date of Original Judgment:              08/29/2013          )
Date of Previous Amended Judgment: _____ )          Bruce D. Eddy
*(Use Date of Last Amended Judgment if Any)*                          *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
        ☑DENIED.     ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated          08/29/2013          shall remain in effect.
**IT IS SO ORDERED**.

Order Date:              06/15/2015                                          /s/ P.K. Holmes, III
                                                                          *Judge's signature*

Effective Date:          11/01/2015                          Honorable P. K. Holmes, III, Chief United States District Judge
                *(if different from order date)*                          *Printed name and title*