AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

United States of America
v.
AARIUS COOKS
aka "A-Town"

Date of Original Judgment:  08/29/2013
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

)
)
)
)
)
)

Case No:  4:11CR40037-024
USM No:  10722-010

Bruce D. Eddy
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   08/29/2013   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  06/15/2015

/s/ P.K. Holmes, III
*Judge's signature*

Effective Date:  11/01/2015
*(if different from order date)*

Honorable P. K. Holmes, III, Chief United States District Judge
*Printed name and title*