AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| AARIUS COOKS<br>a/k/a "A-Town" | Case No.  4:11CR40037-024<br>USM No.  10722-010 |
| | Alex Wynn<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of conditions   Standard & Special Conditions   of the term of supervision as outlined below.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Mandatory Condition #2: New Law Violation | February 13, 2020 |
| Two | Standard Condition #1: Travel Outside the District w/o Permission | December 18, 2019 |
| Three | Standard Condition #7: Use of a Controlled Substance | September 25, 2019 |
| Four | Standard Condition #7: Use of a Controlled Substance | December 18, 2019 |
| Five | Standard Condition #7: Use of a Controlled Substance | February 6, 2020 |
| Six | Standard Condition #11: Failed to Notify USPO of Arrest | February 14, 2020 |
| Seven | Standard Condition #7: Use of a Controlled Substance | August 26, 2020 |
| Eight | Standard Condition #7: Use of a Controlled Substance | April 1, 2021 |
| Nine | Standard Condition #7: Use of a Controlled Substance | May 17, 2021 |
| Ten | Standard Condition #7: Use of a Controlled Substance | June 28, 2021 |
| Eleven | Standard Condition #7: Use of a Controlled Substance | February 24, 2022 |
| Twelve | Standard Condition #7: Use of a Controlled Substance | March 25, 2022 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  5577

Defendant's Year of Birth:  1988

City and State of Defendant's Residence:
Texarkana, Texas

October 19, 2023
Date of Imposition of Judgment

*Susan O. Hickey*
Signature of Judge

Honorable Susan O. Hickey, Chief U.S. District Judge
Name and Title of Judge

October 25, 2023
Date

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: AARIUS COOKS
CASE NUMBER: 4:11CR40037-024

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**Twenty-seven (27) months. No term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL